Case 1:21-cv-00559-PLM-PJG   ECF No. 1, PageID.1   Filed 07/01/21   Page 1 of 15

FILED - GR
July 1, 2021 12:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: TB 7/1/21

**United States District Court For The Western District Of Michigan**

**Plaintiff Complaint**

Jury Trial Requested – Verbal Arguments Requested

## Parties

Daniel Edward Callahan
380 Lake Street
Fruitport, MI 49415
Plaintiff
Vs.
The State Of Michigan
Legal Services Administration
P.O. Box 30204
Lansing, MI 48909

July 1, 2021

**1:21-cv-559**
**Paul L. Maloney**
United States District Judge

Daniel Callahan                    Defense attorney unknown
Plaintiff: In Pro Per
380 Lake Street
Fruitport, MI 49415

_____           _____
Attorney For Plaintiff              Attorney For Defendant

## INTRODUCTION

   Plaintiff complains The Defendant(s) / State of Michigan having falsely prosecuted Plaintiff since the year 2011 through present and attempts to steal money under Guise of law; The Defendant(s) have allowed Unlawful and Deviant acting state Officers to falsely prosecute Plaintiff in violation of State and Federal law and has violated Plaintiff's State of Michigan Constitutional Rights and violated Plaintiff's United States Constitutional Rights. To conserve printing over 800 pages inclusive within a Michigan protection order file, only the register of actions **(Exhibit A)** and a picture **(Exhibit A1)** of the file size to demonstrate the Absurdity and Extremes of which the Defendant(s) proceeded to carry out an 11 year False, Malicious & Failed Prosecution attempt in addition, pecuniary theft by a state funded attorney, Judy Bregman as illustrated by this case filed and the case held within the 20th Circuit Court of Michigan. The false malicious prosecution was terminated in favor of Plaintiff on March 1, 2021.

   Plaintiff requests this court IMEDIATELY APPROVE Temporary Restraining orders contained within **Attachments 1, 2 & 3** to protect Plaintiff's Life based upon ARMED and dangerous plain clothed Michigan officials approaching Plaintiff's home **(Exhibit G)** captured by home surveillance for NO LAWFUL PURPOSE, to protect Plaintiff's property from the unlawful Defendant(s) damaging Plaintiff's home upon driving across his lawn and home utilities **(Exhibit E)**, protect Plaintiff from unlawful intimidation as done by Ottawa and Muskegon County Michigan official filing false police reports **(Exhibit H & Exhibit G)** and from false and malicious prosecutions **(Exhibit A 1 & 2) & (Exhibit D 3)**.

## PLAINTIFF STATEMENTS OF COMPLAINT

1. Plaintiff has suffered loss of family, friends, and his societal reputation.

2. Plaintiff has suffered loss of his career as a well accomplished International Factory Automation Engineer.

3. Plaintiff has suffered severe financial losses related to income in additional to significant legal expenses related to the unlawful and malicious actions pursued by Deviant actors portraying lawful state of Michigan officers to steal money and property.

4. Plaintiff suffered a devastating and permanent spinal injury when working labor intensive employment during a time while state actors prevented Plaintiff from continuing employment within his specialized field as an International Factory Automation Engineer.

5. Plaintiff complains that since the initial false and malicious prosecution that the Ottawa County 20th Circuit Court and Ottawa & Muskegon County Sherriff's departments have lost any and all credibility and endanger Plaintiff's life. The badges, gowns, orders, attempts to falsely service this Honorable Plaintiff and false police reports have now required a home security system to remain safe from the unlawful and dangerous activities occurring that initially began only as an act of political nonsense and pecuniary theft from these small-town hoodlums. The criminal and deviant Defendant(s) can never be trusted, have any lawful value and who's authority, claims, and law orders are completely meaningless. Plaintiff cannot allow these deviants to enter on to his property and must defend his life, property and safety as may be viewed as Exhibits captured on home surveillance video. What once was nothing more than stooges acting out their political circus has now become a dangerous threat to life, limb, property, and liberty of Plaintiff.

6. Plaintiff complains that judge Miedema and Van Allsburg are identified committing blatant fraud within a Michigan court of law when they did dismiss Plaintiff and affirm their ignorant claims as though they maintain a level of wisdom so powerful that even a non-attorney could not identify their criminal intent within case #18-5555-NZ. The Honor and Wisdom of Judge Miedema and Judge Van Allsburg could not be more undermined along with state funded attorney Bregman initiating an act of "FRAUD" committed in a Michigan court of law and claiming such act to be an "ERROR" as Bregman stated on court record **(Exhibit B6) (page 10, paragraph 2)**. The hearing further describes the Fraudulent transfer of judgment in that case dated August 28, 2019 **(Exhibit B7)** which is fraudulent and could not possibly be lawful based upon a Deed lien document satisfying the judgement, initiated and processed by attorney Bregman dated well before a claimed transfer of judgement into her name and illustrated to have occurred nearly 1 month earlier on July 26, 2019 **(Exhibit B8)**. ; in other words, the

judgement would have been considered fulfilled for the Defendant with the Deed Lien dated July 26, 2019. The hearing occurred for reasons of recusal of Miedema and Van Allsburg and only scheduled by Van Allsburg after Plaintiff had been forced to file a Federal lawsuit for fees he incurred upon obtaining Superintending Control **(Exhibit B3)** of Van Allsburg's court and while Van Allsburg was and is under lawsuit in federal court case 1:20-CV-1170 based upon judge Van Allsburg having been in contempt of court upon not following a Michigan Court of Appeals order to hold the recusal hearing within 21 days in addition, a hearing held while Van Allsburg was still under such federal suit and he should have forwarded to The Michigan Court Administrators office for review. The judge was being pursued for fee recovery so that Plaintiff may recover legal fees when obtaining Superintending Control of his court. Finally, the hearing also identifies a court *"Directive"* being unlawfully converted to a *"Money Judgement"* in conflict with Michigan Compiled Law 600.6013 and then, the judgement was allowed to unlawfully accrue interest and fees again, contrary to Michigan Law. Once again, acts to fund judge Hulsing's neighbor, friend and state paid attorney, Judy Bregman.

7. Plaintiff complains that the unlawful actions of the Defendant(s) are not considered " A Governmental Tort Liability Act as appears in Michigan Compiled Laws Chapter 691. The Act which states that, as a general rule, government agencies -- and the people who work for them -- are immune to liability for torts "if the governmental agency is engaged in the exercise or discharge of a governmental function." The Defendant(s) in this case are small town stooges hired by The State of Michigan and appear to believe that all societal members are below their level of human Ignorance as they proceeded to carry out acts of numerous False and Malicious Prosecutions and attempt to cover such unlawful actions by way of stealing from Plaintiff and finally, threatening Plaintiff with incarceration and a plain clothes gunman if he did not immediately submit to all their demands. In addition, to providing them financial documents requested by the Malfeasants upon hearing dated specifically, March 22, 2021 before and by judge Miedema whom threatened Plaintiff with incarceration if not succumbing to that judge's demand for financial documents.

   The Defendant(s) in this case are strongly encouraged to NOT DARE claim sovereign immunity as Impunity from their CRIMINAL behaviors and they simply come fourth and provide financial reimbursement of which they have stolen from Plaintiff. At this time, it is simply a fair money settlement, nothing more demanded by Plaintiff which allows all societal members to proceed in life having learned that lawful judicial prudence is mandated by The United States of America, is Good, is Honorable, is Just and allows for safety and security within a society that otherwise would not exist. Failure of Defendant(s) to step fourth with reimbursement shall most certainly amass exponentially greater financial harms upon the Defendant(s), residents of The State of Michigan and residents of The United States Of America. Unfortunately, it is impossible for Defendant(s) to reimburse Plaintiff for lost family, friends, business associates, Plaintiff's reputation or undo the substantial spinal injuries having occurred only due to the Defendant(s) deviant and Felonious acts of which the Defendant(s) intentionally and knowingly committed

and carried out upon this Honorable Plaintiff, A Goodwill Ambassador for The United States of America, and Worldwide Factory Automation Engineer.

## STATEMENTS OF FACT

Plaintiff provides the following statements of fact beginning with the most recent Deviant and Unlawful actions of The Michigan Ottawa County 20th Circuit Court for The State Of Michigan Officers and concludes these statements with the initial Unlawful and Deviant actions of the Officers for The Muskegon County Michigan Prosecutors Office for The State Of Michigan and initiated in the year 2011.

1. Plaintiff complains that Judge Karen Miedema for The 20th Circuit Court of Michigan attempted to use her law wisdom to Falsely Prosecute Plaintiff under Guise of a personal protection order, a deviant and nonsensical **2 YEAR** protection order extension dated November 17, 2020, issued in accordance with Michigan Compiled Law 600.2950 and completely without merit **(Exhibit B)**. Judge Miedema then denied all subpoenas requested by the Plaintiff in that case **(Exhibit B1)** to ascertain lawful testimony of those to speak on behalf of Plaintiff in Defense of the Deviant order, testimony from individuals whom where respectable and licensed Michigan attorneys and Michigan police officers. Judge Miedema carried out her farce for 3 months until March 1, 2021, when she was forced to concede in her attempt to proceed with the unlawful prosecution and dismiss the ludicrous order she manufactured **(Exhibit B2)**. The Petitioner was an Ex-Girlfriend from over a decade ago who has had no contact with Plaintiff for 10 years to include 1 year prior to the initiation of the 2012 protection order except for the egregious court hearings within the 20th Circuit Court of Michigan. Further, Plaintiff never acted in any way to allow Michigan to issue a protective injunction upon Plaintiff for any reasoning let alone 11 years and the state actors prosecuted Plaintiff by use of very weak state legislation as the catch all absurd Michigan Compiled Law 600.2950 and utilized such law as a weapon for the exact purposes the unlawful behaviors the law was initially designed to thwart, a deviant societal member preying on another. Further, when Judge Miedema and Van Allsburg are requested by motion to consider recusal of matters involving their Deviant behavior's, they ignore Plaintiff, requiring him to obtain Superintending Control over the court through The Michigan Court of Appeals who Ordered them both to Preform their Clear and Legal Duties **(Exhibit B3)**. Michigan constitutional law prohibits such violation of Michigan Court Rules and False Malicious Prosecution, and Federal Constitutional Law prohibits such unlawful court directed False and Malicious Prosecutions under The United States Constitution Code 42 U.S.C. § 1983.

    Judge Miedema's most recent unlawful act in violation of MCR 2.002 is an attempt to silence Plaintiff and disallow Plaintiff's Lawful Appeals of her ludicrous order **(Exhibit B4).** The judge terminated Plaintiff's Lawful Right to obtain court transcripts without the burden of fees which Plaintiff qualifies for by law and is mandated by law to provide Plaintiff of which she knows is mandatory to prepare for and for reason that transcripts are required submitted by and to The Michigan Court of Appeals upon filing an appeal and worse, the judge wrote the order and intentionally did not serve Plaintiff. The order was only discovered upon Plaintiff ordering a

complete case file in preparation for this civil action. Furthermore, the order is now under Leave for appeal within The Michigan Court of Appeals, Case #357289 **(Exhibit B5)**. The judge's actions are again, deviant and malfeasant.

2. Plaintiff lawfully filed an action during 2018 upon the same Petitioner **(Exhibit C)** pursuing the 2012 Protection Order based upon having successfully defended a claim by that Petitioner when that Petitioner unlawfully claimed Plaintiff had Raped a child in common with the Petitioner in the year 2013, that child was born in the year 2000. The Petitioner had filed the false report unsuccessfully the with local police **(Exhibit C1)**. The same Petitioner was so emboldened by the Deviant State officers of the Michigan 20th Circuit Court that she made the same false rape claim with the Michigan Department of Health and Human Services of which resulted in an irresponsible, false, malicious, and failed prosecution by the state of Michigan and then successfully defended and later overturned by Plaintiff in the year 2018 **(Exhibit C2)**. All false prosecutions terminating in favor of the Plaintiff and properly dismissed by the State of Michigan in the year 2018. It was very appropriate for Plaintiff to pursue damages to include legal expenses upon the Petitioner when it was obvious the only reasons to make such outrageous claims was to overcome and Subvert Michigan law after having lost a 2010 attempt at a change of Domicile hearing which would have allowed the child in common to be moved from the state Of Michigan. The Deviant Petitioner was identified to be lying to Judge Jon Hulsing during a 2010 attempt to remove Plaintiff's child from the State of Michigan when that judge inquired as to if that Petitioner was having sexual relations resulting in pregnancy with her teenage son's teenage friend **(Exhibit C3).** The same Judge Hulsing whom issued the Unlawful 2012 protection order showed his titillation and humor in the court room when he inquired of that woman, if in fact she had a romantic relationship and had become pregnant by the boy when she claimed she could not remember the sexual encounter, per court record. Judge Jon Hulsing could never claim to have misunderstood the intentions of the Deviant woman Petitioner of the Unlawful Protection order he issued in the year 2012.

In that case of the Plaintiff's civil action upon the Petitioner, The Unethical Judge Miedema dismissed Plaintiff's case and even awarded attorney fees to the Petitioner as did The Michigan Court of Appeals **(Exhibit C4)** once again, to fund an attorney routinely paid by the State of Michigan, Judy Bregman. An action carried out by Judge Miedema and The Michigan Court of Appeals only to protect the Unlawful and Unconstitutional Behaviors of her court and fellow state actor, Judge Jon Hulsing. Since the termination of the suit, <u>the state paid attorney, Judy Bregman who is also a Neighbor and Friend of Judge Jon Hulsing ,</u> has attacked Plaintiff's bank accounts and tax refunds **(Exhibit C5)** and real-estate **(Exhibit C6)** to steal as reward, attorney fees of which that attorney never billed the Defendant / Petitioner but was in fact paid by The state of Michigan to pursue the unlawful protection orders upon Plaintiff for over a decade. The same state attorney Bregman volunteered her time to defend the Petitioner in the civil case as a Defendant. Both cases processed in violation of Michigan law by the State actors of the 20th Circuit Court of Michigan. The fact remains, Judge Meidema failed to act as a respectful, honorable, and lawful judge and instead acted as deviant woman promoting unlawful behaviors

and pecuniary theft on behalf of the State of Michigan to protect the unlawful Judge Jon Hulsing. An order Judge Jon Hulsing had ample opportunities to dismiss such as an "Erroneous" order to maintain his respect and credibility that was factually issued without lawful and meritorious foundation well before and was cause for Plaintiff Callahan's complete loss of family, friends, career, and finances. An order Judge Hulsing issued while knowing that Plaintiff had no contact with the Petitioner since that Petitioner had married a man from California in the year 2010.

The unlawful and absurd reasoning for the 2012 protection order **(Exhibit D)** <u>began 8 months after</u> the State of Michigan's Muskegon County Michigan prosecutor's office prosecuted and failed in their attempt of Outrageous convictions upon Plaintiff for numerous claimed Felony Offenses. Felony Offenses falsely and maliciously prosecuted upon Plaintiff in violation of State and Federal law and violated Plaintiff's State of Michigan Constitutional Rights and violated Plaintiff's United States Constitutional Rights. The case involved the fact that Plaintiff owned a Factory Recalled firearm which accidently discharged within his home resulting in a misdemeanor charge and conviction by a jury for reckless discharge.

The State then proceeded to carry out a SWAT team attack and prosecution for multiple Felony Charges, all based upon claims made by the deviant Petitioner of the 2012 protection order. An individual that had no involvement with the accidental discharge having occurred at Plaintiff's home. The Petitioner was in no way involved, was not at Plaintiff's home, within Plaintiff's city and in fact was likely located outside the State of Michigan and was likely located within the State of California with her husband when the accidental discharge occurred. Once again, the woman who was disallowed from moving Plaintiff's child out of the State Of Michigan by way of a lawful Change of Domicile then subverted Michigan law to gain sole parental rights by obtaining the lawful powers of The Muskegon County Michigan's Prosecutors Office who knowingly pursued false charges upon Plaintiff and further, Muskegon Michigan's Senior Assistant prosecutor Robert Hedges, unethically withheld State Exculpatory Evidence from Plaintiff's defense attorney during the false and malicious prosecution trial. State evidence to include a 2013 False Child rape claim when Charging Felony Child Abuse **(Exhibit D1)** and a 2011 police report produced by the Fruitport Michigan Police department when pursuing Felony Resisting and Obstruction of a State of Michigan police officer **(Exhibit D2)** resulting from the same incident. The state of Michigan carried out this 18-month unlawful trial while withholding crucial exculpatory evidence from the 14th Circuit Court of Michigan upon initiating a False and Malicious felony prosecution which terminated in favor of the Plaintiff in this case. In addition, the unlawful and sloppy work of the State of Michigan's Muskegon County Prosecutor's office resulted in the 14th Circuit Court of Michigan having improperly Placed Plaintiff within The State of Michigan Department of Corrections records office to be identified as a FELONY OFFENDER AND HABITUAL FELON OFFENDER which is ERROUNEOUS as Plaintiff was never convicted of any Felony Offense or any Offense that would allow the State Of Michigan to charge Plaintiff as a Habitual Felony offender. The Honorable Judge William Marietti immediately corrected this clerical error **(Exhibit D3).** However, The Honorable Judge's vindication of Plaintiff did not allow

for cessation of worldwide publications of Plaintiff identified as a Felony Offender and Habitual Felony Offender, a title carried by this Plaintiff today and forever as such claims are impossible to completely remove from State files and Media Reports that have infiltrated the worldwide internet. Plaintiff's reputation has been falsely and permanently destroyed by Defendant(s) / The State Of Michigan's unlawful prosecutions and clerical errors.

In Summary of Judge Jon Hulsing's actions; Mr. Hulsing WEAPONIZED MCL 600.2950 and utilized such law as his PENAL CODE to administer punishment he felt appropriate for the failed Muskegon, Michigan Prosecutors office and authored a protection order based upon LIES, HEARSAY, SPECULATION, and his EMOTIONAL INSTABILITY to counter and impose penalties for an Innocent verdict to a question already asked and answered within The 14th Circuit Court Of Michigan. Judge Jon Hulsing has no respect for the process of law within our Michigan system of jurisprudence as he clearly demonstrates by his own actions **(Exhibit D)**.

Jon Hulsing had reason to know that a personal protection (PPO) order known as case #12-73990-PP had been inappropriate from the date it was ordered, it was more than ever substantially obvious upon hearings in that judge's court that he errored in judgement, yet he refused to eliminate the order. In fact, Jon Hulsing further ordered that his order remain in effect for a total of 9 years and has displayed an attitude within the 20th circuit court that this order will remain in effect for as long as he maintains his position as a judge within the 20th circuit court. Judge Hulsing could not hold his unlawful position and recused himself in 2018 as he should have done from the onset of his nonsensical act.

Furthermore, Jon Hulsing had reason to know that based upon his human emotions and accusatorial attitude which stem from his beliefs that Daniel Callahan is not a good person that he should have immediately recused himself rather than have waited until 2018 to do so. Jon Hulsing's lack of respect and irrational behavior in consideration of contrasting evidence to his revisionist claimed events have no foundation to support his 2012 Protection Order as witnessed within the 20th circuit court and worse, Jon Hulsing was displaying the human emotion of jealousy. Jon Hulsing and Daniel Callahan where classmates and both graduates of Grand Valley State University (GVSU). Daniel Callahan is a well-liked socialite and went on to become the vice president of a multinational factory automation company 3 years after graduation from GVSU earning a 6-figure salary. Jon Hulsing graduated GVSU yet continued his education years after Daniel Callahan, only to be employed in various positions requiring him to maintain marginally paid and publicly funded state employment before ever nearing the level of success and a salary approaching Daniel Callahan's until he finally was appointed as a judge in 2006; over 10 years after Daniel Callahan was then earning Jon Hulsing's now current salary. Jon Hulsing cannot defend failing to recuse himself in that case based upon Jon's mediocre career contrasted to Daniel's success. Most disturbing in this case is Jon Hulsing's condemnation of Daniel Callahan within the 20th circuit court within his statements on record;

"You (Daniel Callahan) will never work again"; Jon Hulsing referencing that Daniel Callahan will never again attempt to be employed within his international robotics factory automation career, as was Daniel's career prior to Jon Hulsing wrongly issuing a protection order that prohibited Daniel's international and state to state air travels as reason not to dismiss the inappropriate personal protection order. Daniel Callahan did suffer permanent spinal injuries while attempting to substitute a manual labor job in place of his professional career when Jon Hulsing issued this inappropriate order. Then, Jon Hulsing uses the sever injury that occurred due to his own inappropriate actions to further reinforce his ruling.

"I (Jon Hulsing) do believe that you (Daniel Callahan) are guilty of the felony offenses suggested in the year 2011 by the petitioner requesting the personal protection order 1 year later in the year 2012; Jon Hulsing referencing falsely reported crimes supposedly occurring in Muskegon county Michigan of which, even if the crimes suggested did occur, which did not occur, would have had no relevance to the petitioner in the case for the personal protection order and further, occurred OUTSIDE JUDGE JON HULSING'S JURISDICTION. The falsely reported felony crimes reported by the petitioner in the case of the personal protection order where appropriately dismissed by a jury within the 14th circuit court of Muskegon, Michigan in the year 2014 contrary to the beliefs of Jon Hulsing therefore; Jon Hulsing chose to redistrict the false charges within his jurisdiction and issue punishment he feels was not sentenced within the 14th circuit court of Michigan. The fact remains that Jon Hulsing issued a personal protection order by a known opiate addicted petitioner who is an ex-girlfriend of Daniel Callahan. Daniel refused to continue to fund that petitioner's lifestyle so, she seeks retribution as method to extort funding from Plaintiff. As that individual stated for foundation of the personal protection order submitted to the 20th circuit court on November 19, 2012; she feared "Potential Death Threats" by Daniel Callahan. Daniel Callahan never made threats to the petitioner or anybody else for that matter. Furthermore, the suggested false allegations had been proven false within the 14th circuit court of Michigan. This same petitioner has obtained 3 previous protection orders from various judges within the 20th circuit court upon Daniel Callahan that have all been dismissed when Daniel would agree to seek "relationship counseling" demanded by the petitioner as she stated in her court filings requesting previous PPO's be dismissed, as this extortion technique was used by the petitioner as a method to gain funding for the petitioner during the years 2005, 2006 and 2009 therefore, those PPO's where in fact dismissed immediately upon the petitioner's approval. Daniel Callahan refused to foster that funding in the year 2012 with the petitioner therefore; the petitioner continues to apply for protection orders and the 20th circuit court continues issuance. Furthermore, Plaintiff had no contact by any method for over a year with the Ottawa county resident prior to the 2012 Protection Order therefore, Obviously, Jon Hulsing knowingly created and enforced an order of which Jon Hulsing NO MERITORIOUS FOUNDATION AND FURTHER, RULED OUTSIDE HIS LAWFUL JURISDICTION.

Jon Hulsing was at fault to have ever issued such an inappropriate personal protection order and the false claims by the petitioner have been so often claimed by that petitioner that she was threatened with arrest for submitting falsified police reports as Jon Hulsing knows. Mr. Hulsing

has established a system of Jurisprudence in West Michigan which suggests, we as Societal members propose legislative law, approve our legislation, and prosecute our own laws within society based upon our own political, pecuniary, and personal self-interests, this is Jon's teachings. Jon Hulsing retains just enough wisdom to believe he is above State and Federal laws and Flaunts his political backing by having passed obviously deserved Life Sentences in high profile cases that any Societal Moron would have issued as did Mr. Hulsing. Jon Hulsing's Ego has fooled himself into the Belief that State and Federal systems of Jurisprudence apply to all, Except Jon Hulsing. Mr. Hulsing sets an extremely Dangerous example of a practice of law for those who are not educated in law. We are taught by Jon to rule by our own beliefs and in our own best interests. The State of Michigan's participation approaching 200 years of Michigan participation within the Union demand State law enforcement and United States Federal law enforcement within the United Sates Federal union however, only considered discretionary in Jon's mind and is secondary to his own personal beliefs and thoughts. Much like police officer Derek Chauvin of Minnesota taking life from a man with his hands under Guise as an officer, Mr. Hulsing within Michigan is the same Bad Cop as he was upon beginning his career in law enforcement but now under Guise as a judge to utilize a Gown and Pen to destroy lives of today's generation and of the next generations as he has done to Plaintiff's daughter.

## CURRENT AND ONGOING VIOLATIONS OF THE STATE OF MICHIGAN AND INITIATED BY THE 20TH CIRCUIT COURT JUDGES, OTTAWA COUNTY AND MUSKEGON COUNTY OFFICIALS

1. A state funded process server drives off road and into Plaintiff's front yard damaging landscaping and underground sewage lines attempting to serve an unlawful protection order on January 13, 2021 **(Exhibit E)**.

2. Fruitport Michigan police vehicles captured on video during AM hours surveilling Plaintiff's home as saved in computer "CLOUD" storage all during the month of January through January 26, 2021, at which time they were shown captured on video illustrating the officers aiding to serve an UNLAWFUL protection order, an action which only ceased upon such video being provided to their senior detective, Officer Bryan Rypstra. **(Exhibit F)**.

3. An armed gunman in plain clothes later identified as a Muskegon County Michigan detective shown approaching Plaintiff's home on April 7, 2021, as saved in computer "CLOUD" storage. Reasoning given is that Plaintiff should not term himself "Sherriff Dan" on his Facebook page **(Exhibit G)**. Plaintiff did as was demanded and is now stated to be "Judge Callahan" on his "Facebook" internet site in consideration of his 1st Amendment Right.

4. On April 21, 2021, Plaintiff is accused by The Ottawa County Sheriff's Department of sending an Email to the 20th Circuit Court of Michigan containing the words "Dry Ice" & "Fireworks"

to suggest an Incendiary Device which of course is Absolute Nonsense. A False police report likely created by the Judge Jon Hulsing's Neighboring friends and deputies for The Ottawa County Sheriff's Department. Although plaintiff has utilized the Michigan Freedom Of Information Act to obtain a report copy of such incident, The sheriff's office thus far has been incapable of producing a report they commenced **(Exhibit H)**.

## UNCONSTITUTIONAL VIOLATIONS COMMITTED BY THE DEFENDANT(S)

1. Violated Plaintiff's 1st Amendment right of free speech upon sending a gunman to Plaintiff's door, demanding he not call himself "Sheriff Dan" on a "Facebook" internet site. Plaintiff renamed himself as "Judge Callahan" upon compliance with the armed man. An unbelievable event to have taken place in current times within the United States of America.

2. Violated Plaintiff's 2nd Amendment right to bear arms. Its blatantly obvious the Malfeasant State Officers violated Plaintiff's right to bear arms upon kicking down two front doors at his residence and raided Plaintiff's home of numerous firearms and ammunitions yet did not so much as place Plaintiff under state arrest because there was no lawful merit during the year 2011. Upon defeating judge Miedema's NONSENSE order on March 1, 2021, local police assistance was needed to help Plaintiff carry all firearms and ammunition to plaintiff's vehicle as they also assisted to search for numerous and sufficient locations within Plaintiff's vehicle to allow lawful transport of firearms as to not be within reach of the driver. Unusually enough, State officials accomplished desecration of Plaintiff's family, friends, business associates, educational degree, career, home, property, money, and reputation. However, assisted only to restore Plaintiff with only his firearms property of which was the state's blatant desire to deny and only after stealing all Plaintiff has worked over a lifetime career to include raiding his bank accounts upon unlawfully converting *Court Directives* into *Money Judgements*.

3. Violated Plaintiff's 4th United States Constitutional Amendment by way Illegal forced entry into Plaintiff's home and preforming an Unlawful search and seizure to steal plaintiff's firearms with no lawful merit upon kicking through doors at Plaintiff's home.

4. Violation of the 5th United States Constitutional Amendment by way of double jeopardy in redistricting charges into the Michigan 20th circuit court's jurisdiction and rehearing those dismissed charges of false claimed threats that if actually occurred, would have been outside the jurisdiction of the Michigan 20th circuit court and furthermore were dismissed by the 14th circuit in which case the petitioner claimed "potential death threats" that supposedly occurred in Muskegon county at a place the Petitioner was proven not to have been present as was claimed within the district of the 14th Michigan circuit court jurisdiction. In addition, violation of due process by way of double jeopardy upon rehearing and then re-sentencing by Michigan judge Jon Hulsing for those dismissed charges and an attempt to further such an act by Michigan judge Karen Miedema. Plaintiff studied the deviant ways of the Michigan 20th circuit court at a cost of nearly all money and health but defeated the lying prosecutorial judges again, at nearly a cost of every asset. A courageous act of Plaintiff as The United States Goodwill Ambassador, as he is known to have brought millions of dollars into the United States for taxes and countless jobs to Michigan and the United States during his world travels before the unethical prosecutor Hedges and prosecutor / judge Jon Hulsing Senselessly destroyed Plaintiff's career. A loss taken by Plaintiff to illustrate the powers of the United States Constitution for these Michigan small town

Deviants who likely do not routinely travel 10 miles outside their small west Michigan communities and are true Ignorants, unaware of the value of our country's United States Constitutional freedoms, rights, and privileges. It must be demanded that a state and federal judge or prosecutors be required to travel our world before licensing their actions of potential desecration to be brought upon American Citizens by such Deviance as demonstrated by the Defendant(s) Ignorance.

5. Violation of Plaintiff's 6th United States Constitutional Amendment by suggesting the proven false claims of "potential death threats" within the 14th circuit court are now entertained and prosecuted by judge Jon Hulsing within Michigan's 20th circuit court, outside his jurisdiction and without any corroborating evidence, disallowing opposing witnesses and without a trial. The 20th circuit court of Michigan has anointed themselves as legislature, judge, jury, and executioner of sentence for events they have no knowledge of or jurisdictional powers to rule upon. Denying Plaintiff of not only a fast and speedy trial but then rehearing and imposing a sentence for over a decade upon barring any witness testimony and trial by judge or jury and while retaining an unlawful and defeated restraining order having taken Plaintiff 9 years to overturn.

6. Violation of Plaintiff's 8th United States Constitutional Amendment by inflicting cruel and unusual punishment by eliminating the possibility of Daniel Callahan to work within his lifelong career of international production automation engineering by way of prohibiting air travel based upon an unlawful and defeated restraining order of which demanded 9 years of Plaintiff's time and assets to overturn as only a false and malicious prosecution. Further, stripping Plaintiff of nearly every asset worked for over a 40-year career to include garnishing tax returns, stealing from Plaintiff's bank accounts, property Liens and ultimately depleting Plaintiff's college funding for his daughter as was expended upon SENSELESS legal fees caused to be incurred by Defendant(s).

7. Violation of Plaintiff's 14th United States Constitutional Amendment that have deprived Daniel Callahan of life, liberty, happiness and property. In fact, The State of Michigan's reprehensible actions have condemned Daniel Callahan to be deprived of basic life necessities.

8. Defamation of character of Daniel Callahan within his personal life and professional career that eliminates any possibility to reinstate his life based upon the Defendant(s) / State of Michigan being incapable of removing internet content and knowledge to business associates, all United States' residents and to the world who have no reasoning to think the State of Michigan's claim that Daniel Callahan is a Felony Offender and a Habitual Felony Offender thus to be an absolute untruth which is now known to this court to be fabricated and untrue as was claimed, recorded by state record in violation of law by Defendant(s) / The State Of Michigan and in violation of The United States Constitution.

## STATEMENT OF QUESTIONS

1. Did the Defendant(s) / State of Michigan's DEFRAUD Plaintiff of Money and Property Unlawfully?

Plaintiff's answer - YES

Defendant(s) answer _____


2. Did the Defendant(s) / State of Michigan's carry out multiple false and failed prosecutions upon the Plaintiff over the years 2011 through 2021 terminating in favor of Plaintiff?

Plaintiff's answer - YES

Defendant(s) answer _____


3. Did the Defendant(s) / State of Michigan's cause Plaintiff to be labeled and thus defined by the State of Michigan and The United States of America and labeled worldwide as a Felon and a Habitual Felon?

Plaintiff's answer - YES

Defendant(s) answer _____


4. Did the Defendant(s) / State of Michigan's unlawful and unconstitutional acts become cause for Plaintiff as a United States Goodwill Ambassador as an International Factory Automation Engineer to become unemployable in his profession upon defending the states malfeasant acts having occurred over a 10-year period?

Plaintiff's answer - YES

Defendant(s) answer _____

5. Did the Defendant(s) / State of Michigan's unlawful and unconstitutional blatant attempt and failure to violate Plaintiff's 2nd Amendment privileges upon manufacturing an unlawful injunction violating Plaintiff's 2nd amendment rights make for a society that is more Just, Safe and Lawful?

Plaintiff's answer - NO

Defendant(s) answer _____

6. Will the Sate and Federal officials that shall now forever be witness to the Defendant(s) criminal acts preformed under Guise of State and Federal law be capable of Ethically and Honorably judging the Defendant(s) in consideration that the fellow state officials are much like themselves however, in a Federal role and will the Federal officials recognize the Defendant(s) for committing false and malicious prosecutions, property and pecuniary thefts upon Plaintiff, even to an extent that such officials committed and carried out such acts of abuse of power and abuse of law processes and even dare commit these crimes outside their Michigan law jurisdictions?

Plaintiff's answer - YES

Official(s) answer _____

7. Will the State and Federal officials and now witnesses to the Defendant(s) criminal acts being presented within this filing likely resign from their State and Federal roles in disgrace as acting State and Federal officials if they do not Carry out Their CLEAR AND LEGAL DUTIES to allow The People of The state of Michigan and The People Of The United States Of America to decide this case in a jury trial of our societal peers ?

Plaintiff's answer - YES

Officials(s) answer _____

## CONCUSION

The Defendant(s) / State of Michigan have violated numerous United Sates Constitutional Amendment Rights of this Honorable Plaintiff after having sworn and committed to uphold the United States Constitution nearly 200 years ago since joining the Union. Therefore, the State of Michigan should be considered for removal from the union and to have forever given up Sovereign Immunity in consideration, inception into the union may only be allowed by upholding the laws and values of The United States Constitution for their United States citizens.

The Defendant(s) / State of Michigan should not dare attempt a defense of sovereign immunity to dismiss responsibility for outrageously damning Plaintiff's Constitutional Rights, family, friends, career, reputation, and financial assets. The Defendant(s) / State of Michigan is requested of and must gracefully return only that of which the state has the power to return; Plaintiff's financial resources of which were so blatantly stolen from Plaintiff. Failure of Defendant(s) / The State of Michigan to reimburse Plaintiff for such Unconstitutional and Unlawful acts would be an egregious error that most assuredly will result in making such a current meager sum exponentially more costly and further burden The People Of The State of Michigan. The People of the United States of America and The citizens of State of Michigan must be allowed to determine which cost they shall incur and whether that will be a return of Plaintiff's assets as a meager sum in comparison to the massive financial costs of which their citizens may ultimately have imposed upon them as citizens of a state which may additionally be disbarred as an unlawful member State of the Union.

Plaintiff has addressed this Federal Court for a decade seeking relief for damages caused by the Defendant(s) / State of Michigan. The Honorable judges of this court certainly are aware of this Plaintiff and the Deviant Defendant(s) unlawful acts committed upon this Honorable Plaintiff. This shall be the last time Plaintiff demands this court to act. FAILURE of this court to perform their CLEAR AND LEGAL DUTIES and not act as Defendant(s) - Defense attorney ,shall be a complete failure of the Honorable judges. Failure of this Federal court to perform their CLEAR AND LEGAL DUTIES in this case shall be reason for demand that the presiding judges resign.

## THE HONORABLE PLANTIFF'S DEMAND FOR RELIEF BY DEFENDANT(S) AND TO BE ORDERED BY THIS FEDERAL COURT

1. Issue injunctive relief per attachments A, B & C.

2. Award Plaintiff the cost of litigation fees for legal expenses issued in the amount of $25,000.00 per year for False and Malicious Prosecution and Theft over a the 10-year term for a total amount awarded for legal fees of $250,000.00.

3. Issue an award for lost wages calculated and determined by the 20th Circuit Court of Michigan upon a child support hearing dated 2014 at $90,000.00 annually for 10 years for a total wage reimbursement of $900,000.00.

4. Issue relief for virtual home imprisonment over 10 years in accordance with Michigan Legislature Act 343 – 2016 in an amount of $50,000.00 annually over 10 years for an award of $500,000.00.

5. Issue other relief this court determines equitable such as Punitive damages by tripling of actual damages for intentional causation of violating Plaintiff's United States Constitutional Rights, Privileges and unlawful theft from the Honorable Plaintiff Daniel Callahan in consideration of; loss of career employment income, property, savings, retirement funds, defamation of personal and professional character and ongoing spinal injury medical costs in addition to pain and suffering only having occurred based upon the Unconstitutional and Unlawful acts by the Defendant(s) / The State of Michigan.

Respectfully Submitted,

Daniel Callahan

---

C.C. – Michigan Judicial Tenure Commission, 3034 West Grand BLVD., STE 8-450, Detroit, MI 48202
C.C. – Michigan BAR association, Michael Frank Building, 306 Townsend Street, Lansing, MI 48933-2012
C.C. – Michigan Attorney General, G. Mennen Williams Building, 525 W. Ottawa Street, P.O. Box 30212, Lansing, MI 48909
C.C. – United States Department of Justice Civil Rights Division, 950 Pennsylvania Avenue N.W., Office of the Assistant Attorney General, Main Washington, D.C. 20530