UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CALLAHAN, | ) | |
|                 Plaintiff, | ) | |
| | ) | No. 1:21-cv-559 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| STATE OF MICHIGAN, et al., | ) | |
|                 Defendants. | ) | |
| | ) | |

## ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDERS

Plaintiff Daniel Callahan filed this lawsuit against "The Defendant(s) / State of Michigan." (PageID.1.)  Plaintiff is proceeding without the benefit of counsel.

Attached to the complaint, and referred to in his pleadings, Plaintiff submitted three requests for temporary restraining orders.  (ECF Nos. 1-3, 1-4 and 1-5.)  In his first motion, Plaintiff asks the Court to enjoin "all Muskegon County law enforcement officials with The Muskegon County Sheriff's Department from pursuing any legal matter upon Plaintiff . . . ." (ECF No. 1-3 PageID.21.)  In his second motion, Plaintiff makes the same request for law enforcement officials from Ottawa County.  (ECF No. 1-4 PageID.23.)  In his third motion, Plaintiff asks the Court to enjoin all judges in Ottawa County from "pursuing any legal matter upon Plaintiff . . . ."  (ECF No. 1-5 PageID.25.)

Rule 65 of the Federal Rules of Civil Procedure governs requests for temporary injunctive relief.  The rule permits a federal district court to issue a temporary restraining only when the moving party meets certain requirements.  Among the requirements, the moving party must present "specific facts in an affidavit or a verified complaint" that would

establish an "immediate and irreparable injury" that "will result to the movant before the adverse party can be heard in opposition[.]" Fed. R. Civ. P. 65(b)(1)(A).

The Court **DENIES** Plaintiff's requests for temporary restraining orders. (ECF Nos. 1-3, 1-4 and 1-5.) Plaintiff has not submitted any affidavit or verified complaint. Neither has Plaintiff alleged facts to show any injury that will occur before Defendants can be heard in opposition to Plaintiff's requests for injunctive relief. A quick review of the complaint and attachments indicates Plaintiff complains of past injuries which arose from legal proceedings in the state courts. It is not clear to the Court that Plaintiff is currently involved in any legal proceedings in Muskegon or Ottawa County.

**IT IS SO ORDERED.**

Date: July 8, 2021                                              /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge