UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CALLAHAN,  )
    Plaintiff,  )
            ) No. 1:21-cv-559
-v-  )
            ) Honorable Paul L. Maloney
STATE OF MICHIGAN,  )
    Defendant.  )
            )

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACITON IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 6, 2021          /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge